1

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**

2

3

STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ROGER W. BACKLAR, ESQ.; STATE BAR NO.: 225277
E-Mail:  **sforman@tharpe-howell.com**
E-Mail:  **rbacklar@tharpe-howell.com**

4

5

6

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

M.E., a minor, by and through his
Guardian Ad Litem, ELIJAH
ELIZALDE,

12

Case No.: 2:22-CV-00654-KJM-DMC
*Assigned to the Hon. Kimberly J. Mueller;
Magistrate Judge Dennis M. Cota*

13

Plaintiff,

14

v.

**ORDER RE DEFENDANT/CROSS-
CLAIMANT LOWE'S HOME
CENTERS, LLC'S REQUEST TO
APPEAR TELEPHONICALLY OR VIA
VIDEOCONFERENCE AT THE
INITIAL SCHEDULING
CONFERENCE**

15

LOWE'S COMPANIES, INC., and
DOES 1 through 25, inclusive,

16

17

Defendants.

18

LOWE'S HOME CENTERS, LLC,

Date:          August 16, 2022
Time:          1:30 p.m.
Judge:         Hon. Dennis M. Cota

19

Cross-Complainant

20

v.

Complaint Filed: October 28, 2021

21

ELIJAH ELIZALDE, AMBER
ELIZALDE, and ROES 1 through 25,
Inclusive,

22

23

Cross-Defendants.

24

25

///

26

///

27

///

28

///

- 1 -

**[PROPOSED] ORDER**

1       Good cause appearing therefor based on the distance between counsel's offices

2   in Sherman Oaks, California, and the courthouse in Redding, California, the request

3   of Defendant/Cross-Claimant Lowe's Home Centers, LLC, to appear telephonically at

4   the Scheduling Conference set for August 16, 2022, at 1:30 p.m. **IS HEREBY**

5   **GRANTED**.  Counsel shall arrange their appearance through CourtCall.

6

7   Dated:  August 10, 2022

8   _____

9   DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**[PROPOSED] ORDER**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2.  My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3.  I served copies of the following documents (specify the exact title of each document served):

    **[PROPOSED] ORDER RE DEFENDANT/CROSS-CLAIMANT LOWE'S HOME CENTERS, LLC'S REQUEST TO APPEAR TELEPHONICALLY OR VIA VIDEOCONFERENCE AT THE INITIAL SCHEDULING CONFERENCE**

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Robert A. Buccola, Esq.<br>Ryan L. Dostart, Esq.<br>DREYER BABICH BUCCOLA<br>WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, CA  95826<br>Tel: 916.379.3500<br>Fax: 916.379.3599<br>Email: DBBWC-Eservice@dbbwc.com<br>Email: rdostart@dbbwc.com<br>Email: sloving@dbbwc.com<br>Email: jorona@dbbwc.com | Attorneys for Plaintiff, M.E, a minor, by and through his Guardian Ad Liam, ELIJAH ELIZALDE; and<br><br><br>Attorneys for Cross-Defendants, ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM ("ELIZALDES") |

5.  a. ____ **BY PERSONAL SERVICE**.  I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. ____ **BY UNITED STATES MAIL**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

        (1) ____ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

**[PROPOSED] ORDER**

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

(2) __X__ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **BY OVERNIGHT DELIVERY.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. __X__ **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) pursuant to Local Rule 135 and Fed.R.Civ.P.Rule 5., and pursuant to agreement of the parties. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6.   I served the documents by the means described in item 5 on *(date): see below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 8/8/2022 | Bertha Munoz | |
|----------|--------------|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32565\Pleadings\FEDERAL\Prop Order Req to Appear Remotely at SConf.docx

**[PROPOSED] ORDER**