# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.E., a minor, by and through his Guardian Ad Litem, Elijah Elizalde,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOMES CENTERS, LLC,<br><br>Defendant. | No.  2:22-CV-0654-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendant's request, ECF No. 11, to appear by remote means at the scheduling conference set for August 16, 2022, at 1:30 p.m., before the undersigned in Redding, California.  Good cause appearing therefor based on the distance between defense counsel's office in Sacramento, California, and the courthouse in Redding, California, Defendant's request is granted.  Defense counsel shall arrange for a telephonic appearance through CourtCall.

IT IS SO ORDERED.

Dated:  August 11, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1