**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.E., a minor, by and through his Guardian Ad Litem, Elijah Elizalde,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOMES CENTERS, LLC,<br><br>Defendant. | No. 2:22-CV-0654-KJM-DMC<br><br>AMENDED ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's request, ECF No. 11, to appear by remote means at the scheduling conference set for August 16, 2022, at 1:30 p.m., before the undersigned in Redding, California. Good cause appearing therefor based on the distance between counsel's office in Sacramento, California, and the courthouse in Redding, California, Plaintiff's request is granted. Plaintiff's counsel shall arrange for a telephonic appearance through CourtCall.

/ / /

/ / /

/ / /

/ / /

/ / /

This order supersedes the Court's August 11, 2022, order at ECF No. 13 which incorrectly referenced defense counsel.  Defense counsel's motion for telephonic appearance was granted by order at ECF No. 12.  All counsel are authorized to appear telephonically.

IT IS SO ORDERED.

Dated:  August 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE