1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   M.E., a minor, by and through his Guardian          No.  2:22-CV-0654-KJM-DMC
     Ad Litem, Elijah Elizalde,
12
                    Plaintiff,
13                                                       ORDER
              v.
14
     LOWE'S HOMES CENTERS, LLC,
15
                    Defendant.
16

17

18              Plaintiff, who is proceeding with retained counsel, brings this civil action.  The

19   parties appeared before the undersigned in Redding, California, on August 16, 2022, at 1:30 p.m.,

20   for an initial scheduling conference.  Upon consideration of the joint status report on file in this

21   action, discussion with counsel, and good cause appearing therefor, the Court will, by this order,

22   set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.      Jurisdiction and venue are not contested.

25              2.      Any amendment to the pleadings, by way of stipulation or motion, is due

26   by **September 14, 2022.**

27   / / /

28   / / /

                                                    1

3.     The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge. Given the extraordinary back-log of civil cases in this district, coupled with the shortage of District Judges and pandemic-related delays in criminal cases, it is not anticipated that this matter could be set for trial before the assigned District Judge at any time within the next two years.  A trial before the District Judge within the next three years is also unlikely.  The parties will be able to obtain an earlier trial date by consenting to Magistrate Judge jurisdiction.  Any jury trial by consent to the undersigned would be conducted in Sacramento, California.  The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4.     The Court sets the following pre-trial schedule for this litigation:

Initial Disclosures: The parties are directed to exchange initial disclosures on or before **August 31, 2022**.

Non-Expert Discovery: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **August 29, 2023**.

Expert Witness Designations: The parties shall exchange initial lists of expert witnesses no later than **September 11, 2023**.  The parties shall exchange lists of rebuttal expert witnesses no later than **September 25, 2023**.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

Expert Discovery: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **December 5, 2023**.

Dispositive Motions: All dispositive motions shall be noticed to be heard by **February 9, 2024**.

Duty to Supplement: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

/ / /

1      5.      The pre-trial conference and trial dates will be set by separate order.

2      6.      The stipulated protective order entered in the state court prior to removal

3  remains in full force an effect.

4          IT IS SO ORDERED.

5

6  Dated:  August 22, 2022

7  _____
   DENNIS M. COTA

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28