UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.E., a minor, by and through his Guardian ad Litem, Elijah Elizalde,<br><br>              Plaintiff,<br><br>     v.<br><br>Lowe's Home Centers, LLC,<br><br>              Defendants. | No. 2:22-cv-00654-KJM-DMC<br><br>ORDER |

    Under the scheduling order issued in this case, "[a]ny amendment to the pleadings, by way of stipulation or motion, [was] due by September 14, 2022." Order (Aug. 23, 2022) at 1, ECF No. 16. A pretrial scheduling order may be amended only after a showing of good cause and with the court's consent. Fed. R. Civ. P. 16(b)(4). The "Doe Amendment" at ECF No. 21 was not accompanied by a request to modify the scheduling order or by an explanation of good cause for a modification. It is therefore **stricken as untimely**. This order does not preclude a renewed motion seeking to modify the scheduling order to permit the proposed amendment to the complaint.

    IT IS SO ORDERED.

DATED: May 1, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1