1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   M.E., a minor, by and through his           Case No.: 2:22-CV-00654-KJM-DMC
     Guardian Ad Litem, ELIJAH
12   ELIZALDE,                                    **ORDER MODIFYING SCHEDULING
                                                  ORDER AND ALLOWING PLAINTIFF
13                      Plaintiff,                TO FILE AMENDED COMPLAINT
                                                  ADDING THE QUIKRETE
14   v.                                           COMPANIES, LLC AS A DEFENDANT**

15   LOWE'S COMPANIES, INC., and
     DOES 1 through 25, inclusive,
16
                        Defendants.
17

18
     AND CROSS-RELATED ACTIONS
19

20

21         The Court, having read and considered the Parties' Stipulation to Modify the

22   Court's Scheduling Order dated August 23, 2022, and good cause appearing therefor,

23   orders as follows:

24   / / /

25   / / /

26   / / /

27   / / /

28

1

/ / /

2    IT IS HEREBY ORDERED THAT THE SCHEDULE FOR THIS CASE IS

3    MODIFIED AS FOLLOWS:

4

| Event | Old Date | New Date |
|---|---|---|
| Deadline to Amend Pleadings | 9/14/2022 | 9/8/2023 |
| Non-Expert Discovery | 8/29/2023 | 11/8/2023 |
| Expert Witness Designations (Initial) | 9/11/2023 | 11/21/2023 |
| Expert Witness Designations (Rebuttal) | 9/25/2023 | 12/5/2023 |
| Expert Discovery | 12/5/2023 | 2/5/2024 |
| Dispositive Motions | 2/9/2024 | 4/9/2024 |

Any dates not modified by this Order remain as originally set.

It is further Ordered that Plaintiff is permitted to file an Amended Complaint adding The Quikrete Companies, LLC as a Defendant.  That Amended Complaint must be filed by September 8, 2023.

IT IS SO ORDERED,

Dated:  August 30, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221