UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. E. a minor, by and through his Guardian Ad Litem, Elijah Elizalde,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Homes Centers, LLC,<br><br>Defendant. | No. 2:22-cv-00654-KJM-DMC<br><br>ORDER |

Plaintiff's first amended complaint contain the minor plaintiff M.E.'s full name. First Am. Compl., ECF No. 30. Under Federal Rule of Civil Procedure 5.2, unless ordered otherwise, filings may include only "the minor's initials." Fed. R. Civ. P. 5.2(a)(3). The court finds good cause to seal the filing *sua sponte*. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see, e.g.*, *Nelson v. County of Pima*, No. 21-00455, 2022 WL 16834712, at *1 n.3 (D. Ariz. Nov. 9, 2022) (*sua sponte* sealing documents containing sensitive personal information). The clerk of court is directed to **seal** the filing at ECF No. 30. Plaintiff is directed to **redact** the filing in accordance with Federal Rule of Civil Procedure 5.2 and Local Rule 140 and **refile the amended complaint immediately** and no later than **seven (7) days** of the filing date of this order.

/////

1

1       IT IS SO ORDERED.

2   DATED: September 20, 2023.

3

_____<br>CHIEF UNITED STATES DISTRICT JUDGE