NEWMEYER & DILLION LLP
GREGORY L. DILLION, CBN 93712
Greg.Dillion@ndlf.com
GREGORY D. TROSS, CBN 293671
Greg.Tross@ndlf.com
CHRISTOPHER C. STECKBAUER, CBN 314116
Chris.Steckbauer@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant QUIKRETE CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| M. E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, QUIKRETE CALIFORNIA, LLC, and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:22-CV-00654-KJM-DMC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Magistrate Judge:  Dennis M. Cota<br><br>File Date:    October 28, 2021<br>FAC:          September 6, 2023<br>Trial Date:   None Set |

Plaintiff M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE ("Plaintiff"), cross-defendants ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM (collectively, "Cross-Defendants"), defendant and cross-complainant LOWE'S HOME CENTERS, LLC ("Lowe's"), and defendant QUIKRETE CALIFORNIA, LLC ("Quikrete"), by and through their respective undersigned counsel (collectively, the "Parties"), hereby agree and stipulate as follows:

/ / /

/ / /

# STIPULATION

1. WHEREAS, the Court issued its Scheduling Order on August 23, 2022 [Dkt 16];

2. WHEREAS, the Court modified its Scheduling Order, pursuant to stipulation, on August 30, 2023 [Dkt 29];

3. WHEREAS, Quikrete was named as a defendant in Amended Complaint for Personal Injuries ("FAC") [Dkt 30], and it answered the FAC on October 20, 2023 [Dkt 38];

4. WHEREAS, while Lowe's and Plaintiff have exchanged written discovery, Quikrete has only just appeared in the action and has not had an opportunity to conduct any discovery or investigation. Plaintiff, Cross-Defendants, and Lowe's recognize it is in the interests of justice and a fair adjudication of all claims to afford Quikrete a full opportunity to conduct its own discovery, and that good cause therefore exists to continue all pending dates;

5. WHEREAS, the depositions of Cross-Defendants, Plaintiff's mother and guardian ad litem/father, were previously noticed by Lowe's, but they were taken off calendar in order to afford Quikrete a full opportunity to prepare for and meaningfully participate in those depositions. Similarly, Plaintiff has noticed the deposition of Lowe's Rule 30(b)(6) witness, but subsequently agreed to take it off calendar in order to give Quikrete a full opportunity to prepare for and participate meaningfully in that deposition;

6. WHEREAS, the Parties have agreed that the matter should be submitted to private mediation. The parties have selected Hon. Richard L. Gilbert (Ret.) as mediator. In fact, a mediation had previously been scheduled with Judge Gilbert in October 2023, but it was continued by agreement of all parties to insure that Quikrete has a full and fair opportunity to conduct its own investigation and discovery prior to mediation, and insure a fully informed and meaningful ADR process. The parties are currently coordinating to reserve a mediation date with

Judge Gilbert in early to mid-2024;

7. WHEREAS, the Parties firmly believe they may be able to resolve this case at a private mediation and wish to engage in meaningful settlement discussions;

8. WHEREAS, the Parties believe and agree that it would be reasonable and beneficial to extend certain deadlines to allow time for the newly-added Quikrete to complete its own discovery so that the Parties can engage in meaningful settlement discussions without incurring unnecessary costs related to additional depositions and the retention of experts. If the case does not resolve at mediation, the Parties will complete discovery and designate expert witnesses in compliance with the new deadlines;

9. WHEREAS, the Parties agree that the foregoing constitutes good cause to modify the Court's amended Scheduling Order [Dkt 29]; and

NOW THEREFORE, the Parties stipulate and declare that they have worked diligently to comply with all existing discovery deadlines and, for the reasons set forth herein, believe that in the interests of fairness to Quikrete and facilitating informed and meaningful settlement discussions prior to the necessity of incurring expert retention and discovery costs, good cause exists to continue the following dates:

| Event | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery | 11/8/2023 | 6/14/2024 |
| Expert Witness Designations (Initial) | 11/21/2023 | 6/28/2024 |
| Expert Witness Designations (Rebuttal) | 12/5/2023 | 7/12/2024 |
| Expert Discovery | 2/5/2024 | 9/12/2024 |
| Dispositive Motions | 4/9/2024 | 11/14/2024 |

The Parties respectfully request this Court to modify the Court's Scheduling Order accordingly.

/ / /

/ / /

1  **IT IS SO STIPULATED**.

3  Dated: November 3, 2023    DREYER BABICH BUCCOLA WOOD CAMPRA, LLP

By: _____*/s/ Ryan L. Dostart*_____
        (as authorized on 11/3/23)
Robert Buccola, Esq.
Ryan L. Dostart
Attorneys for Plaintiff M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE and Cross-Defendants ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM

Dated: November 3, 2023    THARPE & HOWELL, LLP

By: _____*/s/ Roger W. Backlar*_____
        (as authorized on 11/3/23)
Stephanie Forman
Roger W. Backlar
Attorneys for Defendant and Cross-Complainant LOWE'S HOME CENTERS, LLC

Dated: November 3, 2023    NEWMEYER & DILLION LLP

By: _____*/s/ Gregory D. Tross*_____
Gregory L. Dillion
Gregory D. Tross
Christopher C. Steckbauer
Attorneys for Defendant QUIKRETE CALIFORNIA, LLC

# ORDER

The Court, having read and considered the Parties' Joint Stipulation to Modify Scheduling Order, and good cause appearing therefor, orders as follows:

IT IS HEREBY ORDERED that the schedule for this case is modified as follows:

| Event | Old Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery | 11/8/2023 | 6/14/2024 |
| Expert Witness Designations (Initial) | 11/21/2023 | 6/28/2024 |
| Expert Witness Designations (Rebuttal) | 12/5/2023 | 7/12/2024 |
| Expert Discovery | 2/5/2024 | 9/12/2024 |
| Dispositive Motions | 4/9/2024 | 11/14/2024 |

Any dates not modified by this Order remain as originally set.

**IT IS SO ORDERED.**

Dated:  November 6, 2023

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE