NEWMEYER & DILLION LLP
GREGORY L. DILLION, CBN 93712
Greg.Dillion@ndlf.com
GREGORY D. TROSS, CBN 293671
Greg.Tross@ndlf.com
CHRISTOPHER C. STECKBAUER, CBN 314116
Chris.Steckbauer@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant QUIKRETE
CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| M.E, a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, QUIKRETE CALIFORNIA, LLC, and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:22-CV-00654-KJM-DMC<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Magistrate Judge:  Dennis M. Cota<br><br>File Date:   October 28, 2021<br>FAC:         September 6, 2023<br>Trial Date:  None Set |

**TO THE COURT, THE CLERK AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

Plaintiff M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE ("Plaintiff"), cross-defendants ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM (collectively, "Cross-Defendants"), defendant and cross-complainant LOWE'S HOME CENTERS, LLC ("Lowe's"), and defendant QUIKRETE CALIFORNIA, LLC ("Quikrete"), by and through their attorneys of record, hereby agree and stipulate as follows:

## STIPULATION

1. WHEREAS, the Court issues its Scheduling Order on August 23, 2022 [Dkt 16];

2. WHEREAS, the Court initially modified its Scheduling Order on August 30, 2023 [Dkt 29], and again on November 11, 2023 [Dkt 40, 41] pursuant to stipulation;

3. WHEREAS, Quikrete was named as a defendant in the Amended Complaint for Personal Injuries ("FAC") [Dkt 30], and it answered the FAC on October 30, 2023 [Dkt 38];

4. WHEREAS, the Parties have exchanged additional written discovery, conducted depositions of the parents/cross-defendants, taken the Rule 30(b)(6) depositions of both Lowe's and Quikrete;

5. WHEREAS, the Parties agreed that the matter should be submitted to private mediation. The Parties selected Hon. Richard L. Gilbert (Ret.) as mediator. The initial mediation took place on June 10, 2024. The Parties continue to mediate this matter and wish to continue in meaningful settlement discussions;

6. WHEREAS, the Parties have agreed to a short-term continuance to permit further areas of discovery that the parties wish to explore following initial settlement discussions and continue working with Judge Gilbert to explore settlement before incurring additional costs associated with expert disclosures and expert discovery;

6. WHEREAS, the Parties agree that the foregoing constitutes good cause to modify the Court's amended Scheduling Order [Dkt 41];

**NOW THEREFORE**, the Parties stipulate and declare that they have worked diligently to comply with all existing discovery deadlines and, for the reasons set forth herein, believe that in the interests of fairness to Quikrete and facilitating informed and meaningful settlement discussions prior to incurring expert discovery costs, good cause exists to continue the following dates:

| Event | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery | 6/14/2024 | 8/13/2024 |
| Expert Witness Designation (Initial) | 06/28/2024 | 08/27/2024 |
| Expert Witness Designations (Rebuttal) | 07/12/2024 | 09/10/2024 |
| Expert Discovery | 9/12/2024 | 11/11/2024 |
| Dispositive Motions | 11/14/2024 | 1/13/2025 |

The Parties respectfully request this Court to modify the Court's Scheduling Order accordingly.

**IT IS SO STIPULATED.**

Dated:  June 11, 2024

DREYER BABICH BUCCOLA WOOD CAMPRA. LLP

By:  */s/ Ryan L. Dostart*
     (as authorized on 06/11/24)
Robert Buccola, Esq.
Ryan L. Dostart
Attorneys for Plaintiff M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE and Cross-Defendants ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM

Dated:  June 11. 2024

THARPE & HOWELL. LLP

By:  */s/ Roger W. Backlar*
     (as authorized on 06/11/24)
Stephanie Forman
Roger W. Backlar
Attorneys for Defendant and Cross-Complainant LOWE'S HOME CENTERS, LLC



5514.101 / 15762756.1

-3-

STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER

1  Dated: June 11, 2024                NEWMEYER & DILLION LLP

                                       By:     */s/ Gregory D. Tross*
                                           Gregory L. Dillion
                                           Gregory D. Tross
                                           Christopher C. Steckbauer
                                           Attorneys for Defendant QUIKRETE
                                           CALIFORNIA, LLC



# ORDER

The Court, having reviewed the foregoing stipulation and good cause appearing therefor, hereby orders as follows:

IT IS HEREBY ORDERED that the schedule for this case is modified as follows:

| Event | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery | 6/14/2024 | 8/13/2024 |
| Expert Witness Designation (Initial) | 06/28/2024 | 08/27/2024 |
| Expert Witness Designations (Rebuttal) | 07/12/2024 | 09/10/2024 |
| Expert Discovery | 9/12/2024 | 11/11/2024 |
| Dispositive Motions | 11/14/2024 | 1/13/2025 |

Any dates not modified by this Order remain as originally set.

**IT IS SO ORDERED.**

Dated:  June 25, 2024

_____

____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE