ROBERT A. BUCCOLA, ESQ. / SBN: 112880
RYAN L. DOSTART, ESQ. / SBN: 281539
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
DBBWC-ESERVICE@dbbwc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE,<br><br>         Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, QUIKRETE CALIFORNIA, LLC, and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No.: 2:22-CV-00654-KJM-DMC<br>*[Assigned to the Hon. Kimberly J. Mueller, District Judge; Dennis M. Cota, Magistrate Judge]*<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER** |
| AND ALL RELATED CROSS-ACTIONS. | Complaint filed:  October 28, 2021 |

**TO THE COURT, THE CLERK AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE ("Plaintiff"), cross-defendants ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM (collectively, "Cross-Defendants"), defendant and cross-complainant LOWE'S HOME CENTERS, LLC ("Lowe's"), and defendant QUIKRETE CALIFORNIA, LLC ("Quikrete"), by and through their attorneys of record, hereby agree and stipulate as follows:

**STIPULATION**

1. WHEREAS, the Court issues its Scheduling Order on August 23, 2022 [Dkt 16];

2. WHEREAS, the Court initially modified its Scheduling Order on August 30, 2023 [Dkt 29], and again on November 11, 2023 [Dkt 40, 41] pursuant to stipulation; and again on June 25, 204 [Dkt 43];

3. WHEREAS, Quikrete was named as a defendant in the Amended Complaint for Personal Injuries ("FAC") [Dkt 30], and it answered the FAC on October 30, 2023 [Dkt 38];

4. WHEREAS, the Parties have exchanged additional written discovery, conducted depositions of the parents/cross-defendants, taken the Rule 30(b)(6) depositions of both Lowe's and Quikrete;

5. WHEREAS, the Parties agreed that the matter should be submitted to private mediation. The Parties selected Hon. Richard L. Gilbert (Ret.) as mediator. The initial mediation took place on June 10, 2024. With the mediator's help, the Parties have continued to engage in settlement discussions through July 2024 in this matter and wish to continue;

6. WHEREAS, the Parties have agreed to a short-term continuance to permit further areas of discovery that the parties wish to explore following initial settlement discussions and continue working with Judge Gilbert to explore settlement before incurring additional costs associated with expert disclosures and expert discovery;

7. WHEREAS, the Parties agree that the foregoing constitutes good cause to modify the Court's amended Scheduling Order [Dkt 43];

**NOW THEREFORE**, the Parties stipulate and declare that they have worked diligently to comply with all existing discovery deadlines and, for the reasons set forth herein, believe that in the interests of fairness to Quikrete and facilitating informed and meaningful settlement discussions prior to incurring expert discovery costs, good cause exists to continue the following dates:

| Event | Old Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery | 8/13/2024 | 10/14/2024 |

| | | |
|---|---|---|
| Expert Witness Designation (Initial) | 8/27/2024 | 10/28/2024 |
| Expert Witness Designations (Rebuttal) | 9/10/2024 | 11/11/2024 |
| Expert Discovery | 11/11/2024 | 1/13/2025 |
| Dispositive Motions | 1/13/2025 | 3/13/2025 |

The Parties respectfully request this Court to modify the Court's Scheduling Order accordingly.

DATED: July 22, 2024         DREYER BABICH BUCCOLA WOOD
                             CAMPORA, LLP


                             By:    /s/ Ryan L. Dostart

                                 Robert A. Buccola
                                 Ryan L. Dostart
                                 Attorneys for Plaintiff M.E., a minor, by and through his Guardian Ad Litem, ELIJAH ELIZALDE and Cross-Defendants ELIJAH ELIZALDE and AMBER ROSE LYN HARRISON HAGSTROM

DATED: July 22, 2024         THARPE & HOWELL, LLP


                             By:    /s/ Roger W. Backlar

                                 Stephanie Forman
                                 Roger W. Backlar
                                 Attorneys for Defendant and Cross-Complainant LOWE'S HOME CENTERS, LLC

DATED: July 22, 2024         NEWMEYER & DILLION, LLP


                             By:    /s/ Gregory D. Tross

                                 Gregory L. Dillon
                                 Gregory D. Tross
                                 Christopher C. Steckbauer
                                 Attorneys for Defendant QUIKRETE CALIFORNIA, LLC

# ORDER

The Court, having reviewed the foregoing stipulation and good cause appearing therefor, hereby orders as follows:

IT IS HEREBY ORDERED that the schedule for this case is modified as follows:

| Event | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery | 8/13/2024 | 10/14/2024 |
| Expert Witness Designation (Initial) | 8/27/2024 | 10/28/2024 |
| Expert Witness Designations (Rebuttal) | 9/10/2024 | 11/11/2024 |
| Expert Discovery | 11/11/2024 | 1/13/2025 |
| Dispositive Motions | 1/13/2025 | 3/13/2025 |

Any dates not modified by this Order remain as originally set.

**IT IS SO ORDERED.**

Dated:  July 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE